[ ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re:     (1)     ANGELA HAMPTON                                         Case No. 19-25417

           (2)
Debtor(s).                                                                Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**     (1)     1121 MACON-HALL ROAD
                        CORDOVA, TN  38018

**PLAN PAYMENT:**

DEBTOR (1) shall pay $**205.00 MONTHLY**

( ) PAYROLL DEDUCTION from:                                    **OR ( X ) DIRECT PAY**

DEBTOR (2) shall pay $

( ) PAYROLL DEDUCTION from:                                    **OR ( ) DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A)  CONTAINS A NON-STANDARD PROVISION. [See Plan Provision #19]        ( ) YES ( X ) NO

   (B)  LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF       (X) YES ( ) NO
        THE COLLATERAL FOR THE CLAIM. [See Plan Provision #7 and #8]

   (C)  AVOIDS A SECURITY INTEREST OR LIEN. [See Plan Provision #12]       ( ) YES ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' Attorney Fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at Section 341 Meeting of Creditors.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to**:**     **Monthly Plan Payment**

   NONE                          Ongoing Payment Begins:              $
                                 Approximate Arrearage:               $

5. **PRIORITY CLAIMS:**

   NONE                          Amount:                              $

6. **HOME MORTGAGE CLAIMS:** ( ) Paid Directly by Debtor(s); **OR** ( ) Paid by Trustee to:

   NONE                          Ongoing Payment Begins:              $
                                 Approximate Arrearage:               $
                                 Ongoing Payment Begins:              $
                                 Approximate Arrearage:               $

7. **SECURED CLAIMS:**

   [Retain Lien 11 U.S.C. Sec. 1325 (a)(5)]     Value of Collateral:      Rate of Interest:      **Monthly Plan Payment**

   SANTANDER CONSUMER USA                       $5,850                    5.25%                  $115.00
   (2012 Hyundai Sonata; 151,000 miles)

In Re ANGELA HAMPTON
Page # 2 of Plan

**8.  SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain Lien 11 U.S.C. Sec. 1325(a)]   <u>Value of Collateral</u>      <u>Rate of Interest:</u>      **Monthly Plan Payment**

NONE                                                                                                                $
                                                                                                                    $

**9.  SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

NONE                              Collateral:
                                  Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**
                                  Amount:              Rate of Interest:              **Monthly Plan Payment**

MARATHON MANAGEMENT               $4,100               0%                             $70.00

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS**

NONE                                            ( ) Not provided for   **OR**   ( ) General unsecured creditor
                                                ( ) Not provided for   **OR**   ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. Sec. 522(f):**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:  $25,000**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( X ) 10%,  **OR**

(   ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS THE FOLLOWING EXECUTORY CONTRACTS:**

MARATHON MANAGEMENT                                          (X) Assumes   **OR**   ( ) Rejects.
                                                             ( ) Assumes   **OR**   ( ) Rejects.

**17. COMPLETION:**  Plan shall be completed upon payment of the above in approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED AN ACCEPTANCE OF THE PLAN**

**19. NON-STANDARD PROVISION(S):**

NONE

**ANY NON-STANDARD PROVISIONS STATED ELSEWHERE ARE VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

<u>/s/ Brad George (TN #17994)</u>                              **DATE:** July 15, 2019
Counsel for Debtor(s)
2400 Poplar Avenue #460
Memphis, TN  38112
(901) 323-1311